# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2006

131635

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN FITZGERALD STEVENS,
     Defendant-Appellant.

SC: 131635
COA: 269892
Kent CC: 05-004985-FH

_____/

On order of the Court, the motion by defendant-appellant for dismissal of his application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2006

_____
Clerk

p1031